RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:11 cr 00262 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| DAVID S. BROWN | : | MAGISTRATE JUDGE KAY |

### MEMORANDUM ORDER

IT IS ORDERED that the defendant's Appeal (Rec. Doc. 25) of the Magistrate Judge's detention order IS DISMISSED.

An order was issued by this court on January 17, 2012, instructing the defendant to request a transcript of the detention hearing. The defendant was further ordered to file a brief in support of his motion containing page and line references to the transcript. The court has been informed by the Court Reporter that no transcript has been requested, accordingly, this appeal is being dismissed for failure to comply with the court's order.

Lake Charles, Louisiana, this 23 day of February, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE